| | |
|---|---|
| 1 | JENNY L. FOLEY |
| | NEVADA BAR NO. 9017 |
| 2 | MARTA D. KURSHUMOVA |
| | NEVADA BAR NO. 14728 |
| 3 | **HKM EMPLOYMENT ATTORNEYS LLP** |
| | 1785 East Sahara, Ste. 300 |
| 4 | Las Vegas, Nevada 89104 |
| | Telephone: (702) 625-3893 |
| 5 | Facsimile: (702) 625-3893 |
| | Email: jfoley@hkm.com |
| 6 | Email: mkurshumova@hkm.com |
| 7 | LYNN V. RIVERA |
| | NEVADA BAR NO. 6797 |
| 8 | **BURNHAM BROWN** |
| | A Professional Law Corporation |
| 9 | 200 S. Virginia Street, 8th Floor |
| | Reno, Nevada 89501 |
| 10 | Telephone: (775) 398-3065 |
| | Facsimile: (877) 648-5288 |
| 11 | Email: lrivera@burnhambrown.com |
| 12 | Attorneys for Defendant |
| | STARBUCKS CORPORATION |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRYSTAL RICCIARDO, as Parent of "MC", a Disabled Minor Child, | Case No. 2:19-cv-00304-JAD-GWF |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| STARBUCKS CORPORATION, A Washington Corporation; Does I-X; ROE CORPORATIONS I-X, | |
| Defendants. | |

Plaintiff CHRYSTAL RICCIARDO ("Plaintiff") and Defendant STARBUCKS CORPORATION ("Defendant") (collectively, the "Parties"), through their counsel of record, HEREBY STIPULATE and agree that Defendant's deadline to respond to the Complaint in the instant matter is extended from March 15, 2019, to April 19, 2019.

The Parties respectfully submit that an extension of time is appropriate to afford the

Parties an opportunity to engage in informal resolution of Plaintiff's claim prior to commencing further litigation to which the Parties and the Court would be required to devote time and resources.

Good cause therefore exists for the extension of time, and the Parties respectfully request that this Stipulation be approved by the Court.

DATED: March 7, 2019        HKM EMPLOYMENT ATTORNEYS LLP

By /s/ Jenny L. Foley
JENNY L. FOLEY
NEVADA BAR NO. 9017
MARTA D. KURSHUMOVA
NEVADA BAR NO. 14728
1785 East Sahara, Ste. 300
Las Vegas, NV 89104
Telephone: (702) 625-3893

Attorneys for Plaintiff
CHRYSTAL RICCIARDO

DATED: March 7, 2019        BURNHAM BROWN

By /s/ Lynn V. Rivera
LYNN V. RIVERA
NEVADA BAR NO. 6797
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: (775) 398-3065

Attorneys for Defendant
STARBUCKS CORPORATION

Upon consideration of the Stipulation of the Parties, and good cause appearing, the Court hereby orders as follows: Defendant's responsive pleading is due on or before April 19, 2019.

IT IS SO ORDERED.

DATED: March 8, 2019

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE